Randal A. Whitecotton (SBN: 152950)
COMMUNITY LAW CENTER
900 N. Broadway, 8th Floor
Santa Ana, California 92701
Tel. (714) 426-2800
Fax. (714) 252-6302
randy@clawcenter.com

Attorney for Plaintiff,
ROBERTO H. VILLAFUERTE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO H. VILLAFUERTE,<br><br>                    Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING,<br>LLC; and DOES 1through 50, inclusive,<br><br>                    Defendants | **Case No.: 8:14-cv-00124-JLS-RNB**<br><br>*(Orange County Superior Court Case<br>  No.30-2013-00694268-CU-0R-CJC)*<br><br>**(PROPOSED) ORDER<br>GRANTING MOTION TO<br>REMAND** |

    Having considered Plaintiff's Motion and finding good cause therefore, IT
IS HEREBY ORDERED that plaintiff's Motion to Remand is GRANTED.


DATED: _____        _____
                            District Court Judge

ORDER

COMMUNITY LAW CENTER
900 N. Broadway, 8th Floor, Santa Ana, California 92701 Tel. (714) 426-2800 Fax: (714) 252-6302

## CERTIFICATE OF SERVICE